# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136542-43(88)(90)(91)(92)(93)(95)(96)(97)

RICK PETERSEN,
   Plaintiff-Appellee,

v

MAGNA CORPORATION and MIDWEST
EMPLOYERS CASUALTY COMPANY,
   Defendants-Appellants,
and

BCN TRANSPORTATION SERVICES, INC.;
KOLEASECO, INC. and CITIZENS
INSURANCE COMPANY OF AMERICA;
KOLEASECO, INC. and ACCIDENT FUND
OF AMERICA; BCN TRANSPORTATION
SERVICES and TIG INSURANCE COMPANY;
MAGNA CORPORATION and TIG INSURANCE
COMPANY; and SERTA RESTOKRAFT
MATTRESS COMPANY, INC. and
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
   Defendants-Appellees.
_____

SC: 136542-43
COA: 273293-94
WCAC: 03-000036, 03-000260

   On order of the Chief Justice, motions by the Michigan Workers' Compensation Placement Facility, the Accident Fund Insurance Company, the Michigan Self-Insurers Association, St. Paul Fire & Marine Insurance Company, the Michigan State Medical Society, Michigan Health & Hospital Association, the Michigan Association for Justice, and the American Insurance Association for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

Clerk